THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Daryl S. Jackson,       
Appellant.
 
 
 

Appeal From Laurens County
James W. Johnson, Jr., Circuit Court 
 Judge

Opinion No. 2003-UP-142
Submitted January 10, 2003 - Filed February 
 19, 2003  

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey; 
 for Appellant.
Legal Counsel J. Benjamin Aplin, Legal Counsel 
 Tommy Evans, Deputy Director for Legal Services Teresa A. Knox, of Columbia; 
 for Respondent.
 
 
 

PER CURIAM:  Daryl S. Jackson appeals from 
 his probation revocation, arguing the circuit court judge erred in not continuing 
 him on probation.  Jacksons counsel attached to the brief a petition to be 
 relieved as counsel, stating he had reviewed the record and concluded Jacksons 
 appeal lacks merit.  After a thorough review of the record and counsels brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Jacksons appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.